JOHN BELANOWITZ, PETITIONER-PROSECUTOR ON CER-
TIORARI, v. TRAVELERS INSURANCE COMPANY, RE-
SPONDENT-DEFENDANT ON CERTIORARI.

Submitted October 3, 1939—Decided January 3, 1940.

Before Justices PARKER, BODINE and PERSKIE.

For the petitioner-prosecutor, *David Roskein* and *Walter X. Trumbull*.

For the respondent-defendant, *James J. Skeffington*.

PER CURIAM.

The disposition made in No. 261, October term, 1939, reported in 123 *N. J. L.* 574, disposes of the questions raised by the prosecutor in the above matter.

The writ will be dismissed, with costs.